```
 1  Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
 2  A Professional Corporation
    5412 North Palm Avenue, Suite 101
 3  Fresno, California 93704
    Telephone:(559) 431-9710
 4  Facsimile: (559) 431-4108
    E-mail: efogderude1@yahoo.com
 5
    Attorney for Defendant RAMON RODRIQUEZ-DOMINGUEZ
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   CASE NO. 1:12-CR-00274 LJO
                                   )
12       Plaintiff,                )   STIPULATION TO ADVANCE
                                   )   STAUS HEARING, AND
13  vs.                            )    ORDER THEREON
                                   )
14  RAMON RODRIQUEZ-DOMINGUEZ      )
                                   )   DATE:  February 4, 2013
15                                 )   TIME:  10:00 a.m.
         Defendant.                )   JUDGE: Lawrence J. O'Neill
16  _____  )
17
18                            **STIPULATION**
19       It is hereby stipulated by and between the parties hereto
20  that the status hearing in the above entitled matter now set for
21  February 11, 2013, may be continued to January 22, 2013 at 10:00
22  a.m.
23       GOOD CAUSE EXISTS to allow for advancing the next hearing
24  date because the defendant suffers from serious health issues
25  which require medical care.
26  ///
27  ///
```

| | |
|---|---|
| DATED: January 14, 2013 | FLETCHER & FOGDERUDE, Inc. |
| | /s/ Eric K. Fogderude<br>ERIC K. FOGDERUDE<br>Attorney for Defendant,<br>RAMON RODRIQUEZ-DOMINGUEZ |
| Dated: January 14, 2013 | Benjamin B. Wagner<br>United States Attorney<br><br>Megan Richards<br>/s/<br>MEGAN RICHARDS<br>Assistant US Attorney |

**ORDER**

The court grants the stipulation that the Status hearing be advanced to January 22, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 14, 2013**       **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

---

U.S. vs Rodriquez-Dominguez

Case No. 12-274

Stipulation/Proposed Order